UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Complaint of Reliant Maritime Solutions, LLC, as Owner *pro hac vice* of the M/V STARFIRE, Official No. 261413, for Exoneration From or Limitation of Liability,<br><br>Plaintiff. | Case No. 26-cv-03850 (NEB/ECW)<br><br>In Admiralty |

# MOTION FOR ORDER ENJOINING SUITS, APPROVING SECURITY, AND DIRECTING ISSUE OF NOTICE AND THE FILING OF CLAIMS

Pursuant to 46 U.S.C. § 30529 and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiff Reliant Maritime Solutions, LLC, as Owner *pro hac vice* of the M/V STARFIRE, Official No. 261413 (the "Vessel"), hereby move the Court as follows:

1. For an order enjoining the prosecution of all claims and proceedings against Plaintiff, his insurers, or the Vessel, related to the matter described in Plaintiff's Verified Complaint for Exoneration From or Limitation of Liability [Doc. 1];

2. Approving, in form and substance, the *ad interim* security found in **Exhibit A** to the Declaration of Vince C. Reuter in Support of Motion For Order Enjoining Suits, Approving Security, and Directing Issue of Notice and the Filing of Claims; and

3. Directing the issuance of notice, a proposal of which is found in **Exhibit B** to the Declaration of Vince C. Reuter in Support of Motion For Order Enjoining Suits, Approving Security, and Directing Issue of Notice and the Filing of Claims, to all persons asserting claims with respect to the matter described in Plaintiff's Verified Complaint for Exoneration From or Limitation of Liability [Doc. 1], and to file their respective claims with the Clerk of Court, and serve the undersigned counsel for Plaintiff a copy of said claim, on or before a date to be named in the notice.

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Rule 7.1(b) of this Court's Local Rules, Plaintiff supports this motion through a memorandum of law, arguments of counsel, and all of the files and proceedings herein.

ECKLAND & BLANDO LLP

Dated: September 18, 2026

/S/ VINCE C. REUTER
Vince C. Reuter
Bailey T. Stubbe
100 Washington Avenue South
Suite 1500
Minneapolis, MN 55401
(612) 236-0160
vreuter@ecklandblando.com
bstubbe@ecklandblando.com

HENDERSON DANTONE, P.A.

Frank J. Dantone (*application for pro hac vice pending*)
P.O. Box 778
Greenville MS 38702
(662) 378-3400
fjd@hdpa.com

*Counsel for Reliant Maritime Solutions, LLC*