UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Complaint of Reliant Maritime Solutions, LLC, as Owner *pro hac vice* of the M/V STARFIRE, Official No. 261413, for Exoneration From or Limitation of Liability,<br><br>Plaintiff. | Case No. 26-cv-03850 (NEB/ECW)<br><br>In Admiralty |

**NOTICE OF MOTION FOR ORDER ENJOINING SUITS, APPROVING SECURITY, AND DIRECTING ISSUE OF NOTICE AND THE FILING OF CLAIMS**

PLEASE TAKE NOTICE that at a time and location to be determined by the Court, before the Honorable Magistrate Judge Elizabeth Cowan Wright, Plaintiff Reliant Maritime Solutions, LLC, by and through its attorneys, will move the Court for an Order Enjoining Suits, Approving Security, and Directing Issues of Notice and the Filing of Claims pursuant to 46 U.S.C. § 30529 and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

ECKLAND & BLANDO LLP

Dated: September 18, 2026

/S/ VINCE C. REUTER
Vince C. Reuter
Bailey T. Stubbe
100 Washington Avenue South
Suite 1500
Minneapolis, MN 55401

(612) 236-0160
vreuter@ecklandblando.com
bstubbe@ecklandblando.com

HENDERSON DANTONE, P.A.

Frank J. Dantone (*application for pro hac vice pending*)
P.O. Box 778
Greenville MS 38702
(662) 378-3400
fjd@hdpa.com

*Counsel for Reliant Maritime Solutions, LLC*