UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Complaint of Reliant Maritime Solutions, LLC, as Owner *pro hac vice* of the M/V STARFIRE, Official No. 261413, for Exoneration From or Limitation of Liability,<br>Plaintiff. | Case No. 0:26-cv-03850-NEB-ECW<br><br>In Admiralty |

**DECLARATION OF VINCE C. REUTER IN SUPPORT OF MOTION FOR ORDER ENJOINING SUITS, APPROVING SECURITY, AND DIRECTING ISSUE OF NOTICE AND THE FILING OF CLAIMS**

I, Vince C. Reuter, pursuant to 28 U.S.C. § 1746, hereby state and declare as follows:

1. I am an attorney, licensed to practice law in the State of Minnesota and this district. I and my firm represent Plaintiff Reliant Maritime Solutions, Inc. in the above captioned matter. This declaration is made upon personal knowledge unless noted otherwise.

2. Attached as **Exhibit A** is a true and correct copy of the *ad interim* Security.

3. Attached as **Exhibit B** is a true and correct copy of the proposed Notice of Complaint for Exoneration from or Limitation of Liability.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 18th day of September 2026 in the City of Minneapolis and State of Minnesota.

/S/ VINCE C. REUTER
Vince C. Reuter

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**IN THE MATTER OF THE COMPLAINT OF RELIANT MARITIME SOLUTIONS, LLC, as Owner *pro hac vice* of the M/V STARFIRE, OFFICIAL NO. 261413, FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**Civil Action No. 0:26-cv-03850**

## AD INTERIM STIPULATION FOR VALUE

**WHEREAS,** Reliant Maritime Solutions, LLC ("Reliant"), as owner *pro hac vice* of the M/V STARFIRE, Official No. 261413, (the "towboat") has filed a Complaint in this Court for Exoneration From or Limitation of its Liability as such vessel owner, in respect of demands which may well arise out of an incident which occurred on or about the evening of July 11, 2026 when a pontoon boat powered by dual outboard motors and carrying a number of persons collided with the tow being pushed north bound by the towboat at approximately Mile 771.5, Upper Mississippi River (UMR) in Lake Pepin proximately causing the death of three persons and the injury of several others who were aboard the pontoon boat, in Wabasha County, Minnesota (the "collision"), as set forth in detail in the Verified Complaint filed herein, in which Reliant prays, among other things, that the Court approve this Ad Interim Stipulation for the value of the towboat after the collision, its pending freight, if any, and costs, and that notice issue to all persons having claims arising out of the collision, citing them to answer the Verified Complaint herein and make a Claim should any so desire, and that an injunction issue restraining the commencement and/or prosecution of any and all actions, claims, or proceedings arising out of the collision, against Reliant and/or the towboat; and

EXHIBIT
A

**NOW, THEREFORE,** in consideration of the premises, Reliant Maritime Solutions, LLC, Complainant/Principal, and Beazley Insurance Company ("Beazley"), lead underwriter, Surety, having an office and place of business at 65 Memorial Road, Suite 320, West Hartford, Connecticut 06107, hereby submit themselves to the jurisdiction of the Court and agree to abide by all orders of the Court, interlocutory and final, and to pay and satisfy any amount awarded by a final judgment rendered by this Court or an appellate court, if an appeal intervenes, up to and not exceeding the total sum of $2,300,000.00, plus interest at the rate of six percent (6%) per annum from the date of the filing of the Verified Complaint, and costs, or any lesser amount adjudged by the Court or settled between the parties, where said settlement has been made with the approval of Reliant, without any final judgment being rendered.

Beazley is lead underwriter of Reliant Marine Bumbershoot Liability and its insurance coverage is in full force and effect providing protection and indemnity insurance coverage on behalf of Reliant for the collision.

The undersigned Complainant/Principal and Surety certify that each of them, in each's respective capacity, is fully authorized to sign this Ad Interim Stipulation for Value and to submit each's respective company to the jurisdiction of this Court.

This Ad Interim Stipulation for Value is to be binding whether the towboat is lost or not lost, in port or not in port, and is given without prejudice to any and all rights and defenses which the towboat and/or her owner *pro hac vice* and/or others at interest may have under any applicable law or statute, none of which are to be regarded as waived. The giving of this Ad Interim Stipulation for Value is not to be deemed or taken to be or accepted as an admission of liability on the part of the towboat and/or her owner *pro hac vice* and/or others at interest, all of whom expressly deny any liability whatsoever.

**COMPLAINANT/PRINCIPAL:**

**RELIANT MARITIME SOLUTIONS, LLC**

By: ______________________________
Jeremy Tardy, President

**SURETY:**

**BEAZLEY INSURANCE COMPANY**

By: ______________________________
Twanda Smith, Claims Manager

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Complaint of Reliant Maritime Solutions, LLC, as Owner *pro hac vice* of the M/V STARFIRE, Official No. 261413, for Exoneration From or Limitation of Liability,<br><br>Plaintiff. | Case No. 0:26-cv-03850-NEB-ECW<br><br>In Admiralty |

**NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

NOTICE IS HEREBY GIVEN that Reliant Maritime Solutions, LLC, as Owner *pro hac vice* of the M/V STARFIRE, has filed a Verified Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501, *et seq.*, and Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

You are further notified that Reliant Maritime Solutions, LLC, by filing such a Verified Complaint, seeks a judgment exonerating itself and the tow boat, the M/V STARFIRE or, in the alternative, limiting its liability for deaths, injuries, claims, losses, and damages arising out of a collision in which a pontoon boat collided with the tow of barges which the M/V STARFIRE was pushing north bound at or near Mile 771.5, Upper Mississippi River ("UMR"), in Lake Pepin in Wabasha County, Minnesota on

EXHIBIT
B

the evening of July 11, 2026, allegedly causing the injuries and deaths of certain persons aboard the vessel, all of whom were passengers on the pontoon boat, including damage to or loss of personal property.

All firms, persons, and corporations having claims arising out of the collision of the pontoon boat and the tow being pushed by the M/V STARFIRE on the evening of July 11, 2026 must file them in the form prescribed by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court for the District of Minnesota, on or before _______________, ______, 2026.

Any such claimant desiring to contest Reliant Maritime Solutions, LLC's or the M/V STARFIRE's right to exoneration from or to limitation of liability must also file an Answer to Reliant Maritime Solutions, LLC's Verified Complaint prior to the deadline set forth in the preceding paragraph. You are also hereby given notice that your failure timely to file a Claim and/or your Answer in proper form, within the time prescribed above, will operate to bar the subsequent filing of a claim, suit, or answer arising out of the collision set forth hereinabove against the M/V STARFIRE and/or Reliant Maritime Solutions, LLC, its members, managers, agents, representatives, servants, employees, and parent or affiliated companies, and any other

person whomsoever or entity whatsoever for whom/which Reliant Maritime Solutions, LLC may be responsible, arising out of or attributable to the collision of the pontoon boat and the tow being pushed by the M/V STARFIRE during the evening of July 11, 2026 at or near Mile 771.5, UMR in Lake Pepin in Wabasha County, Minnesota.

The Court has accepted Reliant Maritime Solutions, LLC's security, in the sum of two million three hundred thousand dollars ($2,300,000.00), plus interest at the rate of six percent (6%) per annum, as the value of the vessel. Any claimant may by motion demand that the security be increased on the ground that it is less than the value of Reliant Maritime Solutions, LLC' interest in the vessel.

A true and correct copy of any claim or answer filed in accordance with the foregoing must be mailed to Frank J. Dantone, HENDERSON DANTONE, P.A., P.O. Box 778, Greenville, Mississippi 38702-0778, and to Vince C. Reuter, ECKLAND & BLANDO LLP, 100 Washington Avenue South, Suite 1500, Minneapolis, MN 55401, the attorneys for Reliant Maritime Solutions, LLC.

Dated: ____________

________________________________
Clerk of Court
United States District Court
District of Minnesota

**NOTICE PREPARED BY:**

ECKLAND & BLANDO LLP

/s/ Vince C. Reuter
Vince C. Reuter
Bailey T. Stubbe
100 Washington Avenue South, Suite 1500
Minneapolis, MN 55401
(612) 236-0160
vreuter@ecklandblando.com
bstubbe@ecklandblando.com

HENDERSON DANTONE, P.A.

Frank J. Dantone (*application for pro hac vice pending*)
P.O. Box 778
Greenville MS 38702
(662) 378-3400
fjd@hdpa.com

*Counsel for Reliant Maritime Solutions, LLC*